**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**RACHEL E. BROWN,**

    **Plaintiff,**

v.                                             Case No.  8:07-cv-1359-T-30EAJ

**WEISBERG LAW OFFICE and**
**ROBERT S. WEISBERG,**

    **Defendants.**
_____/

## ORDER OF DISMISSAL

Before the Court is the Plaintiff's Response to Order to Show Cause (Dkt. #5).  In accordance with Plaintiff's statement therein that "Plaintiff does not oppose the Court's dismissal of this case," it is

    **ORDERED AND ADJUDGED** as follows:

    1.    This cause is dismissed without prejudice.

    2.    All pending motions are denied as moot.

    3.    The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on December 13, 2007.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2007\07-cv-1359.dismissal 5.wpd